IN THE UNITED STATES DISTRICT COURT
FOR THE NORTH DISTIRCT OF GEORGIA
GAINSVILLE DIVISION

| | | |
|---|---|---|
| OLIVER HOWE, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 2:14-cv-00158-WCO |
| HITACHI HVB, INC., | ) | |
| | ) | JURY TRIAL REQUESTED |
| DEFENDANT. | ) | |
| _____ | ) | |

**NOTICE OF VOLUNTARILY DISMISSAL WITHOUT PREJUDICE**

NOW COMES Plaintiff, Oliver Howe, in the above-styled action, by and through the undersigned counsel and hereby voluntarily dismiss the above captioned complaint without prejudice.

Respectfully submitted, this 29th day of September, 2014.

*Attorneys for Plaintiffs*

**THE VAUGHN LAW FIRM, LLC**

/s/ Christopher D. Vaughn_____
Christopher D. Vaughn, Esq.
Georgia Bar No. 726226
A. Brian Henson, Esq.
Georgia Bar No. 747269

246 Sycamore Street Suite 150
Decatur, Georgia 30030
phone: 404-378-1290
facsimile: 404-378-1295

Page -2-

**DEMELFI LAW GROUP, LLC**

/s/ Frank DeMelfi
Frank DeMelfi, Esq.
Georgia Bar No. 320128

4651 Woodstock Road
Suite 208-103
Roswell, Georgia 30075
Telephone:   (678) 948-7808
Facsimile:   (866) 674-7808
Email:       fdemelfi@gmail.com

Page -2-